UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   CASE NO. 10-CR-00018-004-JDB

        Plaintiff,

vs.

RAUL ARTURO FERNANDEZ,

        Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL
## FOR DEFENDANT RAUL ARTURO FERNANDEZ

THE UNDERSIGNED, respectfully moves this Honorable Court for an order allowing his withdrawal as counsel of record for Defendant RAUL ARTURO FERNANDEZ, and as grounds therefore would show unto the Court the following:

An impasse has been reached in the handling of the case, making it impossible for the Defendant and counsel to continue to work cooperatively on the case. Specifically, undersigned counsel received a copy of a letter that had been sent by the defendant to the Court wherein the defendant seeks other counsel to represent him at his upcoming sentencing hearing.

Undersigned counsel spoke with Assistant United States Attorney, Mark A. Maldonado on Friday, February 10, 2012 regarding the relief sough in this motion. The Government takes no position with regards to the motion.

Undersigned counsel is available, at the Court's pleasure, for a hearing on the merits of the instant motion.

WHEREFORE, undersigned counsel respectfully requests that the foregoing motion be granted in its entirety and that the Court, after inquiry, appoint counsel for Mr. Fernandez whom undersigned counsel believes is now indigent.

UNITED STATES v. RAUL ARTURO FERNANDEZ
CASE NO. 10-CR-00018-004-JDB (Superseding)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been forwarded by U.S. Mail this 10th day of February, 2012, to: Charles D. Griffith, Jr., AUSA, U.S. Department of Justice, 1400 New York Avenue, NW, Room 8404, Litigation Unit, Washington, DC 20005; Mark A. Maldonado, AUSA, U.S. Department of Justice, Narcotic and Dangerous Drug Section, 1400 New York Avenue, NW, 8th Floor/NDDS, Washington, DC 20005, and Stephen A. Sola, AUSA, U.S. Department of Justice, Narcotic and Dangerous Drug Section, 1400 New York Avenue, NW, 8th Floor, Washington, DC 20005 and Raul Fernandez, Defendant (including a Spanish translation), DCDC #329-589, Central Detention Facility (DC Jail), 1901 D. Street, S.E., Washington, D.C. 20003.

Respectfully submitted,
ROBERT E. ABREU, Esq.
Florida Bar No. 691119
Counsel for Def., RAUL ARTURO FERNANDEZ
2631 Southwest 27th Street
Miami, Florida 33133
Office: (305) 859-7330
Facsimile: (305) 859-7335
E-Mail: robert@abreulaw.com


By: */s/ Robert E. Abreu, Esq.*
    ROBERT E. ABREU, ESQ.