UNITED STATES COURT FOR THE
DISTRICT OF COLUMBIA

Let this be filed.

*John D. Bates* 7/27/17
John D. Bates                    Date
U.S. District Judge"

UNITED STATES

V

RAUL ARTURO FERNADEZ        CASE: 1:10-cr-00018-(JDB)

RESPONSE TO THE GOVERNMENT

**FILED**

JUL 27 2017

Clerk, U.S. District and
Bankruptcy Courts

I will argue nothing more than the governments own words on page 6 at the bottom # 1 " Fernandez's plea agreement required him to accept responsibility for at least 150 kilo's " Ok I do . As also stated 150 kilo's has been dropped to level 36 from 38 ( see page #2 middle ) " 150 kilo's was increased to 450kilo's .... under 2D1.1 ... to be a level 38 .

Ok I accept the 150 kilo's that a level 36 now and that all I am taking responsibiliy for nothing more and I did not plead to any more nor was it proven to a jury beyond a reasonable doubt so stop with that Mr.Government . Becasue of the Supreme Court ruling in Dillon v USA this Court can do nothing but change level 38 for 36 and then I still get 2 level decrease for the saftey valve I received and a 3 level decrease for acceptance of responsibility I received 36-5= 31 Level 31 is 108 months . Anything else would be a shame and fruad on this Court and myself . Please disregard the deloutioned US Attorney .

Raul Arturo Fernandez
31357-016
Rivers
Po Box 630
Winton NC
27986

07-17-2017

I swear under oath and penalty of perjury I put this in the prison mail 07-17-2017 and sent a copy to the US Attorney @ 145 N. St NE , Washington 201530

JUL 24 2017